UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-6TT,<br><br>Plaintiff,<br><br>v.<br><br>COREY FRYBERG; AMERICAN GENERAL FINANCIAL SERVICES, INC.; CFH INVESTMENTS; FIRST HERITAGE BANK; TULALIP TRIBES OF WASHINGTON; AND PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN,<br><br>Defendants. | NO. 2:17-cv-01196<br><br>STIPULATED MOTION AND ORDER OF CONTINUANCE OF MOTION TO DISMISS AND EXISITING DEADLINES<br><br>NOTING DATE October 26, 2017 |

**RELIEF REQUESTED**

COME NOW, the Plaintiff and Defendant Tulalip Tribes of Washington and moves the Court for an order adjusting the noting date of the motion to dismiss filed by Defendant and the joint status report by one week LCR 7 and LCR 10 (g).

Plaintiff and Defendants requests that the Court continue the noting date of the Motion to Dismiss and Deadlines prior to it by at least one week.

## II. Background

Plaintiff is the holder of a promissory note ("Note") and filed this complaint to enforce the Deed of Trust securing the obligation.

The answering defendant Tulalip Tribes, is in agreement to continue the existing status report deadline and noting date for the motion to dismiss. The continuance will allow the parties to continue their communication and potential resolution within the next two weeks and would therefore avoid any unnecessary costs to each party of additional filings.

For the reasons stated above, the parties have agreed and stipulated to a week continuance of any pending deadlines.

DATED this 26th Day of October, 2017

| | |
|---|---|
| **ROBINSON TAIT, P.S.**<br>By __/s/ Craig Peterson_<br>Craig Peterson, WSBA # 15935<br>901 5th Ave Suite 400<br>Seattle, WA 98164<br>Tel: (206) 676-9640 | By __s/ Anthony Jones_<br>Anthony Jason Jones , WSBA #44461<br>Tulalip Tribes<br>6406 Marine Drive<br>Tulalip, WA 98271 |

## ORDER

Based on the foregoing stipulation of the Parties, IT IS SO ORDERED.

DATED: Nov. 7, 2017.

_____
Honorable Judge Robert S. Lasnik