UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
WILMINGTON SAVINGS FUND SOCIETY,    )
                                    )   Case No. C17-1196RSL
              Plaintiff,            )
         v.                         )
                                    )   ORDER TO SHOW CAUSE
COREY FRYBERG, *et al.*,            )
                                    )
              Defendants.           )
_____ )

On October 5, 2017, the Court issued an order requiring the parties to file a Joint Status Report by November 2, 2017. On November 7, 2017, this Court signed a Stipulation to continue existing deadlines by a week. No such report has been filed and the parties have not sought or obtained a further extension of time in which to make the required submission. The parties shall, no later than Friday, December 8, 2017, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Orders of October 5, 2017 and November 7, 2017. The Clerk is directed to place this Order to Show Cause on the Court's calendar for December 8, 2017.

DATED this 27th day of November, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE